# UNITED STATES DISTRICT COURT

for the

MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| QUALITY AUTO PAINTING CENTER OF ROSELLE, INC., TRADED AS PRESTIGE AUTO BODY | ) ) ) ) | |
| Plaintiff | ) ) | |
| | ) | Case No. 6:14-cv-6012 |
| v. | ) ) | |
| STATE FARM INDEMNITY CO., et al | ) ) | |
| Defendants | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Quality Auto Painting Center of Roselle, Inc., Traded as Prestige Auto Body, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the order granting Defendants' various motions to dismiss entered in this action on August 17, 2015.


Date: September 16, 2015                          /s/  Allison P. Fry
                                                 Allison P. Fry
                                                 John Arthur Eaves, Jr.

                                                 Attorneys for the Plaintiff

                                                 John Arthur Eaves,
                                                 Attorneys at Law
                                                 101 N. State Street
                                                 Jackson, MS 39201
                                                 Telephone:     601.355.7961
                                                 allison@eaveslaw.com
                                                 johnjr@eaveslaw.com