# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

Sheryl L. Loesch                                      Sara Boswell
Clerk                                        Orlando Division Manager

---

**DATE:**       September 17, 2015

**TO:**         Clerk, U.S. Court of Appeals for the Eleventh Circuit

---

**QUALITY AUTO PAINTING CENTER OF
ROSELLE, INC.,**

       **Plaintiff,**

**v.**                                **Case No:  6:14-cv-6012-Orl-31TBS**

**STATE FARM INDEMNITY COMPANY, STATE
FARM GUARANTY INSURANCE COMPANY,
PROGRESSIVE FREEDOM INSURANCE
COMPANY, PROGRESSIVE GARDEN STATE
INSURANCE COMPANY, ALLSTATE NEW
JERSEY INSURANCE COMPANY,
NATIONWIDE MUTUAL INSURANCE
COMPANY, GOVERNMENT EMPLOYEE'S
INSURANCE COMPANY, GEICO CASUALTY
COMPANY, GEICO INDEMNITY COMPANY,
USAA CASUALTY INSURANCE COMPANY,
UNITED SERVICES AUTO ASSOCIATION,
USAA GENERAL INDEMNITY COMPANY,
LIBERTY MUTUAL FIRE INSURANCE
COMPANY, LIBERTY MUTUAL MID-
ATLANTIC INSURANCE COMPANY, LIBERTY
INSURANCE CORPORATION, LM INSURANCE
CORPORATION, 21ST CENTURY
CENTENNIAL INSURANCE COMPANY, 21ST
CENTURY ASSURANCE COMPANY, 21ST
CENTURY PINNACLE INSURANCE
COMPANY, HANOVER INSURANCE
COMPANY, AMERICAN FAMILY HOME
INSURANCE COMPANY, HARTFORD FIRE
INSURANCE COMPANY, HARTFORD
INSURANCE COMPANY OF THE MIDWEST,
HARTFORD UNDERWRITERS INSURANCE
COMPANY and ALLSTATE NEW JERSEY
PROPERTY AND CASUALTY INSURANCE
COMPANY,**

**Defendants.**

_____

**U.S.C.A. Case No.:**

• Honorable Gregory A. Presnell, United States District Judge appealed from.

• Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals.  If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

• Copy of Notice of Appeal, docket entries, judgment and/or order appealed from.


SHERYL L. LOESCH, CLERK

By:      s/I. Cammarota, Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
### MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| QUALITY AUTO PAINTING CENTER<br>   OF ROSELLE, INC., TRADED AS<br>   PRESTIGE AUTO BODY | ) <br> ) <br> ) <br> ) | |
| Plaintiff | ) <br> ) <br> ) | Case No. 6:14-cv-6012 |
| v. | ) <br> ) | |
| STATE FARM INDEMNITY CO., et al | ) <br> ) | |
| Defendants | | |

## NOTICE OF APPEAL

Notice is hereby given that Quality Auto Painting Center of Roselle, Inc., Traded as

Prestige Auto Body, Plaintiff in the above named case, hereby appeals to the United States Court

of Appeals for the Eleventh Circuit from the order granting Defendants' various motions to

dismiss entered in this action on August 17, 2015.


Date: September 16, 2015

   /s/  Allison P. Fry     

Allison P. Fry
John Arthur Eaves, Jr.

Attorneys for the Plaintiff

John Arthur Eaves,
Attorneys at Law
101 N. State Street
Jackson, MS 39201
Telephone:     601.355.7961
allison@eaveslaw.com
johnjr@eaveslaw.com

INTAPP, MDLMEM

# U.S. District Court
## Middle District of Florida (Orlando)
## CIVIL DOCKET FOR CASE #: 6:14-cv-06012-GAP-TBS

Quality Auto Painting Center of Roselle, Inc. v. State Farm
Indemnity Company, et al
Assigned to: Judge Gregory A. Presnell
Referred to: Magistrate Judge Thomas B. Smith
Lead case: 6:14-md-02557-GAP-TBS
Member case: (View Member Case)
Case in other court: New Jersey, 2:14-cv-07002
Cause: 15:0001 Antitrust Litigation

Date Filed: 12/04/2014
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Quality Auto Painting Center of Roselle,
Inc.**
*Traded as Prestige Auto Body*

represented by **Allison P. Fry**
John Arthur Eaves, Attorneys at Law
101 N. State St.
Jackson, MS 39206
601/355-7961
Fax: 601/355-0530
Email: allison@eaveslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Arthur Eaves , Jr.**
John Arthur Eaves, Attorney at Law
101 North State Street
Jackson, MS 39201
601/355-7961
Email: johnjr@eaveslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua S. Bauchner**
Ansell Grimm & Aaron
341 Broad Street
Clifton, NJ 07013
973/413-8047
Fax: 973/247-9199
Email: jb@ansellgrimm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William R. Sevier**
John Arthur Eaves, Attorneys at Law
101 N. State St.
Jackson, MS 39201-2811
601/355-7961
Fax: 601/355-0530
Email: will@eaveslaw.com
*TERMINATED: 06/12/2015*
*LEAD ATTORNEY*

V.

**Defendant**

| | | |
|---|---|---|
| **State Farm Indemnity Company** | represented by | **Hal K. Litchford** |

Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
Suite 2900
200 S Orange Ave
Orlando, FL 32801
407/422-6600
Fax: 407/841-0325
Email: hlitchford@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **State Farm Guaranty Insurance Company** | represented by | **Hal K. Litchford** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Progressive Freedom Insurance Company** | represented by | **Christine A. Hopkinson** |

King & Spalding, LLP
1180 Peachtree St NE
Atlanta, GA 30309-3521
404/572-3560
Fax: 404/572-5139
Email: chopkinson@kslaw.com
*TERMINATED: 06/26/2015*
*LEAD ATTORNEY*

**Claire Carothers Oates**
King & Spalding, LLP
1180 Peachtree St NE
Atlanta, GA 30309-3521

404/572-4750
Fax: 404/572-5138
Email: coates@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis X. Nolan**
Sutherland, Asbill & Brennan, LLP
1114 Avenue of the Americas Fl 40
New York, NY 10036-7703
212/389-5000
Fax: 212/389-5099
Email: Frank.Nolan@sutherland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Cashdan**
King & Spalding, LLP
1180 Peachtree St NE
Atlanta, GA 30309-3521
404/572-4818
Fax: 404/572-5141
Email: jcashdan@kslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kymberly Kochis**
Sutherland, Asbill & Brennan, LLP
1114 Avenue of the Americas Fl 40
New York, NY 10036-7703
212/389-5000
Fax: 212/389-5099
Email: Kymberly.Kochis@sutherland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Kurtis**
Nelson Brown & Co.
518 Township LIne Road
Suite 300
Blue Bell, PA 19428

215-358-5100
Email: mkurtis@nelsonbrownco.com
*TERMINATED: 07/15/2015*
*LEAD ATTORNEY*

**Michael R. Nelson**
Sutherland, Asbill & Brennan, LLP
1114 Avenue of the Americas Fl 40
New York, NY 10036-7703
212/389-5000
Fax: 212/389-5099
Email: Michael.Nelson@sutherland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Progressive Garden State Insurance Company**          represented by **Christine A. Hopkinson**
(See above for address)
*TERMINATED: 06/26/2015*
*LEAD ATTORNEY*

**Claire Carothers Oates**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis X. Nolan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Cashdan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kymberly Kochis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Kurtis**
(See above for address)
*LEAD ATTORNEY*

**Michael R. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allstate New Jersey Insurance Company**          represented by **Bonnie Lau**
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
415-882-5083
Fax: 415-882-0300
Email: bonnie.lau@dentons.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori J. Caldwell**
Rumberger, Kirk & Caldwell, PA
300 S Orange Ave - Ste 1400
PO Box 1873
Orlando, FL 32802-1873
407/839-4511
Fax: 407/835-2011
Email: lcaldwell@rumberger.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark L. Hanover**
Dentons US LLP
Suite 7800
233 S Wacker Dr
Chicago, IL 60606
312/876-8000
Fax: 312/876-7934
Email: mark.hanover@dentons.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard L. Fenton**
Dentons US LLP
233 S Wacker Dr Ste 5900
Chicago, IL 60606-6361
312/876-8000
Fax: 312/876-7934
Email: richard.fenton@dentons.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nationwide Mutual Insurance Company**        represented by **David John Barthel**
Carpenter Lipps & Leland LLP
Ste 1300
280 N High St
Columbus, OH 43215
614/365-4126
Fax: 614/365-9145
Email: barthel@carpenterlipps.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark J. Botti**
Squire Patton Boggs (US) LLP
Suite 300
1200 19th Street NW
Washington, DC 20036-2434
202/626-6292
Fax: 202/626-6780
Email: mark.botti@squirepb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Beekhuizen**
Carpenter Lipps & Leland LLP
Ste 1300
280 N High St
Columbus, OH 43215
614/365-4100
Fax: 614/365-9145
Email: beekhuizen@carpenterlipps.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Carpenter**
Carpenter Lipps & Leland LLP
Ste 1300
280 N High St
Columbus, OH 43215
614/365-4100
Fax: 614/365-9145
Email: carpenter@carpenterlipps.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter T. Snow**
Carpenter Lipps & Leland LLP
Ste 1300
280 N High St
Columbus, OH 43215
614/365-4117
Fax: 614-365-9145
Email: snow@carpenterlipps.com
*TERMINATED: 04/23/2015*

**Defendant**

| **Government Employee's Insurance Company** | represented by | **Dan W. Goldfine** |

Lewis Roca Rothgerber, LLP
201 E Washington St Ste 1200
Phoenix, AZ 85015
602/382-6282
Fax: 602/382-6070
Email: dgoldfine@lrrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian Matthew Fischer**
Lewis Roca Rothgerber, LLP
201 E Washington St Ste 1200
Phoenix, AZ 85015
602/262-5311
Fax: 602/2625747
Email: ifischer@lrrlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie L. Halavais**
Lewis Roca Rothgerber, LLP
201 E Washington St Ste 1200
Phoenix, AZ 85015
602/262-5767
Fax: 602/262-5747
Email: jhalavais@lrrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Grabel**
Lewis Roca Rothgerber, LLP
201 E Washington St Ste 1200
Phoenix, AZ 85015
602/262-5759
Email: jgrabel@lrrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Geico Casualty Company**                    represented by **Dan W. Goldfine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian Matthew Fischer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie L. Halavais**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Grabel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Case 6:14-cv-06012-GAP-TBS   Document 58   Filed 09/17/15   Page 12 of 26 PageID 401

**Defendant**

**Geico Indemnity Company**                    represented by **Dan W. Goldfine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian Matthew Fischer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie L. Halavais**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Grabel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**USAA Casualty Insurance Company**            represented by **Amelia W. Koch**
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
Suite 3600
201 St Charles Ave
New Orleans, LA 70170
504/566-5200
Fax: 504/636-4000
Email: akoch@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle A. Diamantas**
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC

Case 6:14-cv-06012-GAP-TBS   Document 58   Filed 09/17/15   Page 13 of 26 PageID 402

Suite 2900
200 S Orange Ave
Orlando, FL 32801
407/422-6600
Fax: 407/841-0325
Email: kdiamantas@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven F. Griffith , Jr.**
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
Suite 3600
201 St Charles Ave
New Orleans, LA 70170
504/566-5200
Fax: 504/636-4000
Email: sgriffith@bakerdonelson.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United Services Auto Association**          represented by **Amelia W. Koch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle A. Diamantas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven F. Griffith , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**USAA General Indemnity Company**          represented by **Amelia W. Koch**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle A. Diamantas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven F. Griffith , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Liberty Mutual Fire Insurance Company**

represented by **Ernest E. Vargo**
Baker & Hostetler, LLP
Ste 3200 PNC Center
1900 E 9th St
Cleveland, OH 44114-3482
216/861-7349
Email: evargo@bakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E. Mumford**
Baker & Hostetler, LLP
3200 National City Center
1900 E 9th St
Cleveland, OH 44114-3485
216/861-7578
Fax: 216/696-0740
Email: mmumford@bakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| **Liberty Mutual Mid-Atlantic Insurance Company** | represented by | **Ernest E. Vargo** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E. Mumford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| **Liberty Insurance Corporation** | represented by | **Ernest E. Vargo** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E. Mumford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| **LM Insurance Corporation** | represented by | **Ernest E. Vargo** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E. Mumford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Case 6:14-cv-06012-GAP-TBS   Document 58   Filed 09/17/15   Page 16 of 26 PageID 405

**Defendant**

**21st Century Centennial Insurance**          represented by   **Hal K. Litchford**
**Company**                                                     (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**21st Century Assurance Company**             represented by   **David L. Yohai**
                                                                Weil, Gotshal & Manges, LLP
                                                                767 Fifth Ave
                                                                New York, NY 10153
                                                                212/310-8275
                                                                Email: david.yohai@weil.com
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Eric Hochstadt**
                                                                Weil, Gotshal & Manges, LLP
                                                                767 Fifth Ave
                                                                New York, NY 10153
                                                                212/833-379
                                                                Fax: 212-310-8007
                                                                Email: eric.hochstadt@weil.com
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Hal K. Litchford**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **John Mastando , III**
                                                                Weil, Gotshal & Manges, LLP
                                                                767 Fifth Ave
                                                                New York, NY 10153
                                                                (212)310-8000
                                                                Email: john.mastando@weil.com
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Brian J. D'Amico**
                                                                Weil, Gotshal & Manges, LLP
                                                                Suite 1200
                                                                1395 Brickell Ave

Miami, FL 33131
305/577-3215
Email: brian.j.damico.esq@gmail.com
*TERMINATED: 08/07/2015*

**Defendant**

**21st Century Pinnacle Insurance Company**          represented by   **David L. Yohai**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Hochstadt**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Mastando , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian J. D'Amico**
(See above for address)
*TERMINATED: 08/07/2015*

**Defendant**

**Hanover Insurance Company**          represented by   **Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marjorie M. Salazar**
Lugenbuhl, Wheaton, Peck, Rankin &
Hubbard
Suite 1447
815 Walker St
Houston, TX 77002
713-222-1990
Fax: 713-222-1996

Email: msalazar@lawla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth A. Schmeeckle**
Lugenbuhl, Wheaton, Peck, Rankin &
Hubbard
Suite 2775
601 Poydras St
New Orleans, LA 70130
504/568-1990
Fax: 504/310-9195
Email: sschmeeckle@lawla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**American Family Home Insurance**          represented by **Hal K. Litchford**
**Company**                                               (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Hartford Fire Insurance Company**         represented by **Hal K. Litchford**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Thomas G. Rohback**
                                                          Axinn, Veltrop & Harkrider, LLP
                                                          90 State House Square
                                                          Hartford, CT 06103
                                                          860/275-8110
                                                          Fax: 860/275-8101
                                                          Email: trohback@axinn.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Hartford Insurance Company of the**       represented by **Hal K. Litchford**
**Midwest**                                               (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Thomas G. Rohback**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Hartford Underwriters Insurance**
**Company**

represented by **Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas G. Rohback**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allstate New Jersey Property and**
**Casualty Insurance Company**

represented by **Bonnie Lau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori J. Caldwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark L. Hanover**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard L. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2014 | 1 | COMPLAINT against 21ST CENTURY ASSURANCE COMPANY, 21ST CENTURY CENTENNIAL INSURANCE COMPANY, 21ST CENTURY PINNACLE INSURANCE COMPANY, ALL STATE NEW JERSEY PROPERTY AND CASUALTY INSURANCE COMPANY/Y, ALLSTATE NEW JERSEY INSURANCE |

| | | COMPANY, AMERICAN FAMILY HOME INSURANCE COMPANY, GEICO CASUALTY COMPANY, GEICO INDEMNITY COMPANY, GOVERNMENT EMPLOYEES INSURANCE COMPANY, HANOVER INSURANCE COMPANY, HARTFORD FIRE INSURANCE COMPANY, HARTFORD INSURANCE COMPANY OF THE MIDWEST HARTFORD UNDERWRITERS INSURANCE COMPANY, LIBERTY INSURANCE CORPORATION, LIBERTY MUTUAL FIRE INSURANCE COMPANY, LIBERTY MUTUAL MID-ATLANTIC INSURANCE COMPANY, LM INSURANCE CORPORATION, NATIONWIDE MUTUAL INSURANCE COMPANY, PROGRESSIVE FREEDOM INSURANCE COMPANY, PROGRESSIVE GARDEN STATE INSURANCE COMPANY, STATE FARM GUARANTY INSURANCE COMPANY, STATE FARM INDEMNITY COMPANY, UNITED SERVICES AUTO ASSOCIATION, USAA CASUALTY INSURANCE COMPANY, USAA GENERAL INDEMNITY COMPANY ( Filing and Admin fee $ 400 receipt number 0312-6038556) with JURY DEMAND, filed by QUALITY AUTO PAINTING CENTER OF ROSELLE, INC., TRADED AS PRESTIGE AUTO BODY. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(seb) [Transferred from njd on 12/4/2014.] (Entered: 11/12/2014) |
|---|---|---|
| 11/07/2014 | 2 | Corporate Disclosure Statement by QUALITY AUTO PAINTING CENTER OF ROSELLE, INC., TRADED AS PRESTIGE AUTO BODY identifying NONE as Corporate Parent.. (seb) [Transferred from njd on 12/4/2014.] (Entered: 11/12/2014) |
| 11/12/2014 | 3 | SUMMONS ISSUED as to 21ST CENTURY ASSURANCE COMPANY, 21ST CENTURY CENTENNIAL INSURANCE COMPANY, 21ST CENTURY PINNACLE INSURANCE COMPANY, ALL STATE NEW JERSEY PROPERTY AND CASUALTY INSURANCE COMPANY, ALLSTATE NEW JERSEY INSURANCE COMPANY, AMERICAN FAMILY HOME INSURANCE COMPANY, GEICO CASUALTY COMPANY, GEICO INDEMNITY COMPANY, GOVERNMENT EMPLOYEES INSURANCE COMPANY, HANOVER INSURANCE COMPANY, HARTFORD FIRE INSURANCE COMPANY, HARTFORD INSURANCE COMPANY OF THE MIDWEST HARTFORD UNDERWRITERS INSURANCE COMPANY, LIBERTY INSURANCE CORPORATION, LIBERTY MUTUAL FIRE INSURANCE COMPANY, LIBERTY MUTUAL MID-ATLANTIC INSURANCE COMPANY, LM INSURANCE CORPORATION, NATIONWIDE MUTUAL INSURANCE COMPANY, PROGRESSIVE FREEDOM INSURANCE COMPANY, PROGRESSIVE GARDEN STATE INSURANCE COMPANY, STATE FARM GUARANTY INSURANCE COMPANY, STATE FARM INDEMNITY COMPANY, UNITED SERVICES AUTO ASSOCIATION, USAA CASUALTY INSURANCE COMPANY, USAA GENERAL INDEMNITY COMPANY Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. Issued By *STEPHEN BOND* (seb) [Transferred from njd on 12/4/2014.] (Entered: 11/12/2014) |
| 11/24/2014 | 4 | NOTICE of Appearance by MICHAEL J. KURTIS on behalf of PROGRESSIVE FREEDOM INSURANCE COMPANY, PROGRESSIVE GARDEN STATE INSURANCE COMPANY (KURTIS, MICHAEL) [Transferred from njd on 12/4/2014.] (Entered: 11/24/2014) |

| 11/25/2014 | | Set Deadlines as to 5 MOTION to Stay *Proceedings Pending a Transfer Decision by the JPML*. Motion set for 1/5/2015 before Judge Stanley R. Chesler. The motion will be decided on the papers. No appearances required unless notified by the court. (gmd, ) [Transferred from njd on 12/4/2014.] (Entered: 11/25/2014) |
|---|---|---|
| 12/02/2014 | [6](#) | Order of MDL Panel transferring case to the Middle District of Florida. (jl, ) [Transferred from njd on 12/4/2014.] (Entered: 12/02/2014) |
| 12/04/2014 | [7](#) | Case transferred in from District of New Jersey; Case Number 2:14-cv-07002. File received electronically (Entered: 12/04/2014) |
| 12/05/2014 | 8 | MULTIDISTRICT LITIGATION member case. Master MDL case number: 6:14-md-2557-Orl-31TBS receipt of original record from the District of District of New Jersey, case number: 2:14-cv-7002-SRC-CLW. Assigned MDFL case number: 6:14-cv-6012-Orl-31TBS. (LAM) (Entered: 12/05/2014) |
| 12/22/2014 | [9](#) | SUMMONS issued as to 21st Century Centennial Insurance Company. (IGC) (Entered: 12/22/2014) |
| 12/22/2014 | [10](#) | SUMMONS issued as to Liberty Mutual Fire Insurance Company. (RDO) (Entered: 12/22/2014) |
| 12/22/2014 | [11](#) | SUMMONS issued as to LM Insurance Corporation. (IGC) (Entered: 12/22/2014) |
| 12/22/2014 | [12](#) | SUMMONS issued as to Liberty Mutual Mid-Atlantic Insurance Company. (IGC) (Entered: 12/22/2014) |
| 12/22/2014 | [13](#) | SUMMONS issued as to Liberty Insurance Corporation. (IGC) (Entered: 12/22/2014) |
| 12/22/2014 | [14](#) | SUMMONS issued as to Progressive Garden State Insurance Company. (IGC) (Entered: 12/22/2014) |
| 12/22/2014 | [15](#) | SUMMONS issued as to Government Employee's Insurance Company. (IGC) (Entered: 12/22/2014) |
| 12/22/2014 | [16](#) | SUMMONS issued as to USAA Casualty Insurance Company. (IGC) (Entered: 12/22/2014) |
| 12/22/2014 | [17](#) | SUMMONS issued as to Geico Indemnity Company. (IGC) (Entered: 12/22/2014) |
| 12/22/2014 | [18](#) | SUMMONS issued as to Geico Casualty Company. (IGC) (Entered: 12/22/2014) |
| 12/22/2014 | [19](#) | SUMMONS issued as to Progressive Freedom Insurance Company. (IGC) (Entered: 12/22/2014) |
| 12/22/2014 | [20](#) | SUMMONS issued as to State Farm Guaranty Insurance Company. (IGC) (Entered: 12/22/2014) |
| 12/22/2014 | [21](#) | SUMMONS issued as to USAA General Indemnity Company. (LAK) (Entered: 12/22/2014) |
| 12/22/2014 | [22](#) | SUMMONS issued as to Hartford Underwriters Insurance Company. (LAK) (Entered: 12/22/2014) |

| 12/22/2014 | 23 | SUMMONS issued as to Hartford Insurance Company of the Midwest. (LAK) (Entered: 12/22/2014) |
| 12/22/2014 | 24 | SUMMONS issued as to 21st Century Assurance Company. (LAK) (Entered: 12/22/2014) |
| 12/22/2014 | 25 | SUMMONS issued as to American Family Home Insurance Company. (LAK) (Entered: 12/22/2014) |
| 12/22/2014 | 26 | SUMMONS issued as to 21st Century Pinnacle Insurance Company. (LAK) (Entered: 12/22/2014) |
| 12/22/2014 | 27 | SUMMONS issued as to United Services Auto Association. (LAK) (Entered: 12/22/2014) |
| 12/22/2014 | 28 | SUMMONS issued as to Hartford Fire Insurance Company. (LAK) (Entered: 12/22/2014) |
| 12/22/2014 | 29 | SUMMONS issued as to Hanover Insurance Company. (LAK) (Entered: 12/22/2014) |
| 12/22/2014 | 30 | SUMMONS issued as to Nationwide Mutual Insurance Company. (LAK) (Entered: 12/22/2014) |
| 01/07/2015 | 31 | NOTICE of Appearance by Michael Carpenter on behalf of Nationwide Mutual Insurance Company (Carpenter, Michael) (Entered: 01/07/2015) |
| 02/18/2015 | 32 | NOTICE of *Appearance of Dan W. Goldfine, Joshua Grabel, Jamie L. Halavais, and Ian M. Fischer* Appearance by Jamie L. Halavais on behalf of Geico Casualty Company, Geico Indemnity Company, Government Employee's Insurance Company (Halavais, Jamie) (Entered: 02/18/2015) |
| 02/18/2015 | 33 | CERTIFICATE of interested persons and corporate disclosure statement re 6 Order by Geico Casualty Company, Geico Indemnity Company, Government Employee's Insurance Company identifying Corporate Parent Berkshire Hathaway, Inc. for Geico Casualty Company, Geico Indemnity Company, Government Employee's Insurance Company.. (Halavais, Jamie) (Entered: 02/18/2015) |
| 02/19/2015 | 34 | CORPORATE Disclosure Statement by Progressive Freedom Insurance Company, Progressive Garden State Insurance Company identifying Corporate Parent The Progressive Corporation, Corporate Parent Progressive Direct Holdings, Inc. for Progressive Freedom Insurance Company, Progressive Garden State Insurance Company.. (Nelson, Michael) (Entered: 02/19/2015) |
| 02/19/2015 | 35 | WAIVER of service returned executed on 2/18/2015 by Quality Auto Painting Center of Roselle, Inc. as to USAA Casualty Insurance Company, USAA General Indemnity Company, United Services Auto Association. (Fry, Allison) (Entered: 02/19/2015) |
| 02/19/2015 | 36 | MOTION to Dismiss Complaint by Geico Casualty Company, Geico Indemnity Company, Government Employee's Insurance Company. (Goldfine, Dan) (Entered: 02/19/2015) |
| 02/20/2015 | 37 | Joint MOTION to Dismiss Complaint by 21st Century Assurance Company, 21st Century Centennial Insurance Company, 21st Century Pinnacle Insurance Company, |

| | | Allstate New Jersey Insurance Company, Allstate New Jersey Property and Casualty Insurance Company, Hanover Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford Underwriters Insurance Company, LM Insurance Corporation, Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company, Liberty Mutual Mid-Atlantic Insurance Company, Nationwide Mutual Insurance Company, Progressive Freedom Insurance Company, Progressive Garden State Insurance Company, State Farm Guaranty Insurance Company, State Farm Indemnity Company, USAA Casualty Insurance Company, USAA General Indemnity Company, United Services Auto Association. (Attachments: # 1 Exhibit A - List of Moving Defendants)(Nelson, Michael) (Entered: 02/20/2015) |
|---|---|---|
| 03/06/2015 | 38 | ORDER granting (153) Motion for Extension of Time to File Response/Reply in case 6:14-md-02557-GAP-TBS. Signed by Magistrate Judge Thomas B. Smith on 3/6/2015. (SMW) (Entered: 03/06/2015) |
| 03/09/2015 | | Set deadlines as to 37 Joint MOTION to Dismiss Complaint, 36 MOTION to Dismiss Complaint. Responses due by 3/13/2015 by Plaintiffs. (IGC) (Entered: 03/09/2015) |
| 03/10/2015 | 39 | RESPONSE in Opposition re 37 Joint MOTION to Dismiss Complaint , 36 MOTION to Dismiss Complaint filed by Quality Auto Painting Center of Roselle, Inc.. (Fry, Allison) (Entered: 03/10/2015) |
| 03/17/2015 | 40 | REPLY to Response to Motion re 37 Joint MOTION to Dismiss Complaint filed by 21st Century Assurance Company, 21st Century Centennial Insurance Company, 21st Century Pinnacle Insurance Company, Allstate New Jersey Insurance Company, Allstate New Jersey Property and Casualty Insurance Company, Hanover Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford Underwriters Insurance Company, LM Insurance Corporation, Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company, Liberty Mutual Mid-Atlantic Insurance Company, Nationwide Mutual Insurance Company, Progressive Freedom Insurance Company, Progressive Garden State Insurance Company, State Farm Guaranty Insurance Company, State Farm Indemnity Company, USAA Casualty Insurance Company, USAA General Indemnity Company, United Services Auto Association. (Attachments: # 1 Exhibit A - Ultimate Collision Repair, Inc. Reply)(Nelson, Michael) (Entered: 03/17/2015) |
| 03/17/2015 | 41 | REPLY to Response to Motion re 36 MOTION to Dismiss Complaint filed by Geico Casualty Company, Geico Indemnity Company, Government Employee's Insurance Company. (Goldfine, Dan) (Entered: 03/17/2015) |
| 04/20/2015 | 42 | NOTICE of Appearance by Claire Carothers Oates on behalf of Progressive Freedom Insurance Company, Progressive Garden State Insurance Company (Oates, Claire) (Entered: 04/20/2015) |
| 06/03/2015 | 43 | **REPORT AND RECOMMENDATIONS re: all pending motions to dismiss in cases 6:14-cv-6006, 6:14-cv-6007, 6:14-cv-6008, 6:14-cv-6009, 6:14-cv-6010, 6:14-cv-6011, 6:14-cv-6012, 6:14-cv-6013, 6:14-cv-6014, 6:14-cv-6015, 6:14-cv-6018, 6:14-cv-6019, 6:14-cv-6020, and 6:14-cv-6022. Signed by Magistrate Judge Thomas B. Smith on 6/3/2015. (SMW)** (Entered: 06/03/2015) |

| 06/12/2015 | 44 | **ORDER to remove William R. Sevier from the CM/ECF service list and discontinue serving pleadings and papers on him. Signed by Magistrate Judge Thomas B. Smith on 6/12/2015. Associated Cases: 6:14-md-02557-GAP-TBS et al.(Smith, Thomas)** (Entered: 06/12/2015) |
|---|---|---|
| 06/12/2015 | 45 | **ORDER in case 6:14-cv-00310-GAP-TBS; granting (195) Motion for Extension of Time to File in case 6:14-md-02557-GAP-TBS. Signed by Magistrate Judge Thomas B. Smith on 6/12/2015. Associated Cases: 6:14-md-02557-GAP-TBS et al.(Smith, Thomas)** (Entered: 06/12/2015) |
| 06/12/2015 | | Set deadline: Objections to R&R due by 6/29/2015 (MAL) (Entered: 06/15/2015) |
| 06/26/2015 | 46 | **ORDER in case 6:14-cv-00310-GAP-TBS; granting (199) Motion to Withdraw. Attorney Christine A. Hopkinson terminated as counsel for Progressive defendants. Signed by Magistrate Judge Thomas B. Smith on 6/26/2015. Associated Cases: 6:14-md-02557-GAP-TBS et al.(Smith, Thomas)** (Entered: 06/26/2015) |
| 06/29/2015 | 47 | OMNIBUS OBJECTION by various plaintiffs re 43 REPORT AND RECOMMENDATIONS re (94 in 6:14-cv-06008-GAP-TBS) Joint MOTION to Dismiss the Complaint Pursuant to Federal Rules of Civil Procedure 8 and 12(B)(6) *and Supporting Memorandum of Law* (Fry, Allison) Modified on 6/30/2015 (MAL). Modified on 6/30/2015 (LAK). (Entered: 06/29/2015) |
| 07/14/2015 | 48 | MOTION for Michael J. Kurtis to withdraw as attorney by Progressive Freedom Insurance Company, Progressive Garden State Insurance Company. (Nelson, Michael) Motions referred to Magistrate Judge Thomas B. Smith. (Entered: 07/14/2015) |
| 07/14/2015 | 49 | SUPPLEMENT re 48 MOTION for Michael J. Kurtis to withdraw as attorney *Certificate of Service* by Progressive Freedom Insurance Company, Progressive Garden State Insurance Company. (Nelson, Michael) (Entered: 07/14/2015) |
| 07/15/2015 | 50 | **ORDER granting 48 Motion to Withdraw as Attorney. Attorney Michael J. Kurtis terminated. Signed by Magistrate Judge Thomas B. Smith on 7/15/2015. (Smith, Thomas)** (Entered: 07/15/2015) |
| 07/16/2015 | 51 | RESPONSE to objections to 43 Report and Recommendations *GEICO's Response to Plaintiffs' Omnibus Objection to Magistrate's Report and Recommendation* filed by Geico Casualty Company, Geico Indemnity Company, Government Employee's Insurance Company. (Goldfine, Dan) (Entered: 07/16/2015) |
| 07/16/2015 | 52 | RESPONSE to objections to 43 Report and Recommendations filed by 21st Century Assurance Company, 21st Century Centennial Insurance Company, 21st Century Pinnacle Insurance Company, Allstate New Jersey Insurance Company, Allstate New Jersey Property and Casualty Insurance Company, Hanover Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford Underwriters Insurance Company, LM Insurance Corporation, Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company, Liberty Mutual Mid-Atlantic Insurance Company, Nationwide Mutual Insurance Company, Progressive Freedom Insurance Company, Progressive Garden State Insurance Company, State Farm Guaranty Insurance Company, State Farm Indemnity Company, USAA Casualty |

| | | Insurance Company, USAA General Indemnity Company, United Services Auto Association. (Attachments: # 1 Exhibit A)(Nelson, Michael) (Entered: 07/16/2015) |
|---|---|---|
| 07/31/2015 | 53 | NOTICE of change of address by Joshua Grabel (Grabel, Joshua) (Entered: 07/31/2015) |
| 08/17/2015 | 54 | **ORDER granting 36 motion to dismiss; granting 37 motion to dismiss; terminating 43 Report and Recommendations. Plaintiffs may file an amended complaint by September 8, 2015. Signed by Judge Gregory A. Presnell on 8/17/2015. Copies mailed. (LAM)** (Entered: 08/17/2015) |
| 08/17/2015 | | Set deadline: Amended complaint due by 9/8/2015 (MAL) (Entered: 08/18/2015) |
| 08/18/2015 | 55 | **ORDER in case 6:14-cv-00310-GAP-TBS; granting (223) Motion to Withdraw as Attorney. Attorney Cynthia M Locke terminated in case 6:14-md-02557-GAP-TBS and related cases in which she has appeared. Signed by Magistrate Judge Thomas B. Smith on 8/18/2015. Associated Cases: 6:14-md-02557-GAP-TBS et al.(Smith, Thomas)** (Entered: 08/18/2015) |
| 09/16/2015 | 56 | NOTICE OF APPEAL as to 54 Order on motion to dismiss, Order on Report and Recommendations by Quality Auto Painting Center of Roselle, Inc. Filing fee not paid. (Fry, Allison) Modified on 9/17/2015 (IGC). (Entered: 09/16/2015) |
| 09/16/2015 | 57 | NOTICE OF INTERLOCUTORY APPEAL as to 54 Order on motion to dismiss, Order on Report and Recommendations by Quality Auto Painting Center of Roselle, Inc. Filing fee not paid. (IGC) (Entered: 09/17/2015) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/17/2015 10:29:20 | | | |
| **PACER Login:** | ux2690:2951238:3956495 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:14-cv-06012-GAP-TBS |
| **Billable Pages:** | 17 | **Cost:** | 1.70 |

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

QUALITY AUTO PAINTING CENTER OF
ROSELLE, INC.,

      Plaintiff,

v.                                 Case No: 6:14-cv-6012-Orl-31TBS
                                          (New Jersey)

                                    MDL: 6:14-md-2557-Orl-31TBS

STATE FARM INDEMNITY COMPANY, et
al.,

      Defendants.

---

## ORDER

In accordance with this Court's Opinion and Order in 6:14-md-2557, Doc. 222, it is

**ORDERED** that:

1. Plaintiffs' Omnibus Objection (Doc. 47) to the Magistrate Judge's Report and Recommendation (Doc. 43) is **OVERRULED**; and

2. The Motions to Dismiss (Doc. 36 and 37) are **GRANTED**; and

3. The Complaint (Doc. 1) is **DISMISSED** without prejudice, except for Quasi-Estoppel (Count Three), which is **DISMISSED** with prejudice.

4. Plaintiffs may file an amended complaint by September 8, 2015.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on August 17, 2015.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party